This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-41215**

**RAUL A. CANO. C,**

      Plaintiff-Appellant,

v.

**CITY OF ALBUQUERQUE
RISK MANAGEMENT,**

      Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY
Denise Barela Shepherd, District Judge**

Raul A. Cano. C
Albuquerque, NM

Pro Se Appellant

Lauren Keefe, City Attorney
Laura R. Callanan, Assistant City Attorney
Albuquerque, NM

for Appellee

## MEMORANDUM OPINION

**MEDINA, Judge.**

**{1}**    Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. Appellee has filed a memorandum in support of that disposition. No memorandum opposing the proposed disposition has been filed, and the time for doing so has expired. Accordingly, we rely on the reasoning contained in our notice of proposed disposition. **AFFIRMED.**

**{2}**    **IT IS SO ORDERED.**

**JACQUELINE R. MEDINA, Judge**

**WE CONCUR:**

**J. MILES HANISEE, Judge**

**KRISTINA BOGARDUS, Judge**